FILED

02/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0575

# IN THE SUPREME COURT FOR THE STATE OF MONTANA

## CASE NO. DA 23-0425

**Rikki Held, et al.,**

Petitioner and Appellee,

v.

**State of Montana, et al.,**

Respondent and Appellant.

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

The States of North Dakota, Alabama, Alaska, Arkansas, Idaho, Indiana, Iowa, Mississippi, Missouri, Nebraska, South Carolina, South Dakota, Utah, Wyoming, and the Commonwealth of Virginia ("Amici States") have moved for leave to file an amicus brief. Their motion is unopposed.

IT IS HEREBY ORDERED that Amici States' Unopposed Motion for Leave to File an Amicus Curiae Brief is GRANTED. Amici States shall file their Amicus Brief by February 23, 2024.

**ELECTRONICALLY SIGNED AND DATED BELOW.**

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 21 2024